liquor found in their home, claiming that they were rather heavy beer drinkers and had same for their own personal use. See 4 Tex.Jur., p. 586, sec. 414, et seq.

 Bill No. 4 seems to have occurred during the cross-examination of appellant's wife, who testified: "We've never sold any beer before this offense." Whereupon the county attorney said, "That is, before", and immediately appellant moved for a dismissal of the case. The trial court sustained appellant's objection to the remark of the county attorney and instructed the jury not to consider the question of the county attorney for any purpose. We see no error shown therein.

Finding no reversible error shown in the record, the judgment is affirmed.

BEAUCHAMP, Judge.

The appeal is from a conviction for assault with intent to murder, with a penalty of three years in the penitentiary.

The record is before this court without a statement of facts or bill of exception. The proceedings appear to be regular and nothing is presented for review by this court.

The judgment of the trial court is affirmed.

